AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>SHORT, Jamie Louella<br>YOB: 1983, United States Citizen<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-21-1772-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 31 U.S.C. Section 5332 | Bulk Cash Smuggling into or out of the United States |

This criminal complaint is based on these facts:
See Attachment A.

**United States District Court
Southern District of Texas
FILED

AUG 16 2021

Nathan Ochsner, Clerk**

☑ Continued on the attached sheet.

Approved for filing by AUSA Amy L. Greenbaum

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: __08/16/2021 @6:07 .__

City and state: __McAllen, Texas__

/s/ Raul Campos
*Complainant's signature*

Raul Campos, DEA Task Force Officer
*Printed name and title*

*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

On August 5, 2021, DEA McAllen District Office agents and TFOs established surveillance at a suspected stash house in Mission, Texas. In the morning hours, agents and TFOs observed a Dodge Durango leave the suspected stash house and travel to Hidalgo, Texas. Agents and TFOs observed Jamie SHORT park the Dodge Durango and walk towards the Hidalgo Port of Entry towards Mexico. United States Customs and Border Protection (CBP) agents approached SHORT and asked if she had excess of $10,000 to declare. SHORT advised CBP agents that she had $5,000 on her. CBP agents walked SHORT inside and later discovered a total of $20,220 concealed in her purse and on her body.

Agents and TFOs read SHORT her Miranda Rights, to which she agreed to speak to investigators without her attorney present. SHORT advised that she was going to meet with someone in Reynosa, Mexico and give them a portion of the money. Agents and TFOs later obtained consent to her residence and seized additional United States Currency.